**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7362**

CHRISTOPHER M. OXENDINE-BEY,

Plaintiff - Appellant,

v.

R. DAVID MITCHELL; TERRY LEMON; MICHAEL L. BROOKS; JOHN AARON; JANE MIMS; ANGELA RORIE; KENNETH A. BEAVER; KRISTOPHER C. KIKER; MILESSIA ABERNATHY,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Chief District Judge.  (3:14-cv-00651-FDW)

Submitted:  April 28, 2017                                    Decided:  May 3, 2017

Before WILKINSON, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher M. Oxendine-Bey, Appellant Pro Se.  Kimberly D. Grande, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher M. Oxendine-Bey appeals the district court's order and judgment granting summary judgment to the Defendants and dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Oxendine-Bey v. R. Mitchell,* No. 3:14-cv-00651-FDW (W.D.N.C. Aug. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
